**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000118
14-MAY-2019
09:31 AM**

NO. CAAP-19-0000118

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SR, Plaintiff-Appellant, v.
JR, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 18-1-0032)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By:  Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record for the underlying divorce
case in FC-D No. 18-1-0032, it appears that we lack appellate
jurisdiction over Plaintiff-Appellant SR's (SR), pro se, appeal
from the Honorable Adrianne N. Heely's

- January 3, 2019 judgment denying two of SR's
  motions for pre-decree relief, and granting in
  part, denying in part, and reserving in part three
  of Defendant-Appellee JR's (JR) motions for pre-
  decree relief, regarding primarily the issues of
  child custody, child support and spousal support,

- January 3, 2019 interlocutory order awarding JR
  with attorneys' fees and costs as the prevailing
  party in the five motions for pre-decree relief,
  and

- January 30, 2019 interlocutory order denying SR's
  motion for reconsideration of the January 3, 2019
  judgment and January 3, 2019 interlocutory order,

because the family court has not yet dissolved the marriage of SR
and JR.  Eaton v. Eaton, 7 Haw. App. 111, 118-19, 748 P.2d 801,
805 (1987).  Absent an appealable final judgment, order or decree

that dissolves the marriage of SR and JR in the underlying divorce case, we lack appellate jurisdiction over this appeal, and SR's appeal is premature.

IT IS HEREBY ORDERED that appellate court case number CAAP-19-0000118 is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawai'i, May 14, 2019.

Presiding Judge

Associate Judge

Keith K. Hiraoka

Associate Judge